IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EMERSON REYES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:23-CV-1224-L** |
| CONTINENTAL EXPRESS, INC., and ROBERT BIBBS, | § § § | |
| Defendants. | § § | |

### ORDER

Before the court is Plaintiff's Notice of Dismissal Pursuant to FRCP 41(a)(1) (Doc. 5), filed July 26, 2023. As Defendants Continental Express, Inc., and Robert Bibbs have not filed an answer or motion for summary judgment, this action is **dismissed** as a matter of course, and no court approval is required. Fed. R. Civ. P. 41(a)(1)(A)(i). The dismissal is **without prejudice**, and the court **directs** the clerk of court to **close** this action. The court **denies as moot** Defendant Continental Express's Motion to Dismiss (Doc. 3).

**It is so ordered** this 27th day of July, 2023.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page